USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025

**BY ECF**

**A&O SHEARMAN**

**Allen Overy Shearman Sterling US LLP**
One Beacon Street
Boston, MA 02108

Tel   (857) 353-4500
Fax   (857) 353-4599
Gideon.Duke-Cohan@aoshearman.com

The Honorable Victor Marrero
United Stated District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

March 21, 2025

**Re:** *Kenmar Securities, LLC v. Ufinet Latam, S.L.U. et al*, Civil Action No. 1:25-cv-00586-VM

Dear Judge Marrero,

  We represent Respondents Ufinet Latam, S.L.U. ("Ufinet Latam"), Juan Carlos Menéndez Romero ("J. Menéndez"), and Gastón Menéndez Romero ("G. Menéndez") (together the "Respondents") in the above-referenced matter. We write to respectfully request to stay pre-motion to dismiss procedures under Section II.B. of the Court's Individual Practices in light of pending settlement negotiations.

  We write to inform the Court that Petitioner Kenmar Securities, LLC ("Petitioner" and with the Respondents, the "Parties") and the underlying judgment debtor, Negocios Y Telefonia Nedetel S.A., have agreed to the principle terms of a settlement that would moot the need for this action to enforce the underlying arbitration award. As such, the Parties respectfully request an order staying the pre-motion to dismiss procedures set forth in Section II.B. of the Court's Individual Practices, including whether to set a briefing schedule, to allow time for agreement and execution of that settlement, which they expect to be completed in the coming weeks. The Parties respectfully request that the time frame for such stay be sixty days, with leave to apply for an extension, as needed.

  The Parties will promptly advise the Court in the event that a settlement is not reached and there remains a need for further proceedings in this action.

  This is our first request to stay pre-motion to dismiss procedures under Section II.B. of the Court's Individual Practices. Petitioner consents to this request. We are available to answer any questions Your Honor may have.

            Respectfully submitted,

            */s/ Gideon J. Duke-Cohan* _____
            Gideon J. Duke-Cohan

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.

Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.

ALLEN OVERY SHEARMAN STERLING US LLP

Gideon J. Duke-Cohan
One Beacon Street
Boston, MA 02108
Tel: (857) 353-4500
Fax: (857) 353-4599
Gideon.Duke-Cohan@aoshearman.com

*Counsel for Respondents UFINET LATAM, S.L.U, a Sociedad Limitada Unipersonal of Spain, JUAN CARLOS MENÉNDEZ ROMERO, and GASTÓN MENÉNDEZ ROMERO*

CC: Counsel of record

```
Request GRANTED. The Court grants a
sixty-day stay consistent with the
terms specified above.

                    _____
SO ORDERED.           Victor Marrero
                         U.S.D.J.

Dated: March 24, 2025
```